IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                             WESTERN DIVISION

CARL R. BRANDON                                             PLAINTIFF

VERSUS                              CIVIL ACTION NO: 5:09-cv-35-DCB-MTP

FRANK DAVIS, et al.                                        DEFENDANTS

                               ORDER

     This cause is before the Court pursuant to Rule 11(a) of the

rules governing §§ 2254 and 2255 cases effective December 1, 2009,

which requires the district court to issue or deny a certificate of

appealability when it enters a final order adverse to the

petitioner.  Having reviewed the record, applicable statutory and

case law, and being otherwise fully advised in the premises, the

Court finds and orders as follows:

     Pursuant to Federal Rule of Appellate Procedure 22(b), Rule

11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28

U.S.C. § 2253(c), the Court finds that the petitioner has failed to

show (1) that reasonable jurists would find this Court's

"assessment of the constitutional claims debatable or wrong," or

(2) that reasonable jurists would find "it debatable whether the

petition states a valid claim of the denial of a constitutional

right" and "debatable whether [this Court] was correct in its

procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).[1]

_____

     [1] Rule 11 of the Rules Governing §§ 2254 and 2255 Cases, as
amended effective on December 1, 2009, reads as follows:

     (a) Certificate of Appealability.  The district court
     must issue or deny a certificate of appealability when it

The Court therefore denies a certificate of appealability.

IT IS, THEREFORE, ORDERED AND ADJUDGED that a certificate of appealability is DENIED.

SO ORDERED AND ADJUDGED, this the 26th day of July 2010.

_____s/ David Bramlette_____

UNITED STATES DISTRICT JUDGE

---

enters a final order adverse to the applicant.  Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue.  If the court issues a certificate, the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2). If the court denies a certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22.  A motion to reconsider a denial does not extend the time to appeal.

(b) Time to Appeal.  Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order entered under these rules.  A timely notice of appeal must be filed even if the district court issues a certificate of appealability.